IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Horton, Yolanda C

Printed: 12/02/08

Case Number:  08 B 20465
Judge:  Goldgar, A. Benjamin
Filed:  8/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Indymac Bank | Secured | 0.00 | 0.00 |
| 6. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 7. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 8. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 9. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 10. | Webster Bank | Secured | 0.00 | 0.00 |
| 11. | Washington Mutual | Secured | 0.00 | 0.00 |
| 12. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 13. | Webster Bank | Unsecured | 0.00 | 0.00 |
| 14. | HSBC Mortgage Services | Unsecured | 0.00 | 0.00 |
| 15. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 16. | Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 0.00 |
| 17. | Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 0.00 |
| 18. | GE Consumer Finance | Unsecured | 0.00 | 0.00 |
| 19. | Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 0.00 |
| 20. | The Bureau Inc | Unsecured | 0.00 | 0.00 |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Horton, Yolanda C | Case Number:  08 B 20465 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed:  8/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

